# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **PRINCETON S. VALLO** | **CIVIL ACTION NO. 17-0719** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **KEITH COOLEY, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

## **JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the entire record, including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim.

MONROE, LOUISIANA, this 22nd day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE